# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILBERT KELLY, JR.

NO. 2022 KW 0717

**SEPTEMBER 12, 2022**

---

In Re:    Wilbert Kelly, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 07-WFLN-177.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.** Relator failed to raise a claim cognizable for a motion to correct an illegal sentence. See **State v. Parker**, 98-0256 (La. 5/8/98), 711 So.2d 694, 695 (*per curiam*). Therefore, the district court did not err in treating the filing as an untimely request for postconviction relief. See La. Code Crim. P. art. 930.8(A); **State v. Jarrow**, 2004-0483 (La. 9/24/04), 882 So.2d 1160.

                        **JEW**
                        **AHP**
                        **WIL**

COURT OF APPEAL, FIRST CIRCUIT

*9.Sn*

_____
DEPUTY CLERK OF COURT
FOR THE COURT